In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the NATIONAL TITLE GUARANTY COMPANY. In the Matter of the Application of GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Rehabilitator of NATIONAL TITLE GUARANTY COMPANY, for an Order upon AARON L. JACOBY, Individually and as Register of Kings County, Directing Said JACOBY to Pay over to the Said VAN SCHAICK the Sum of $295, and Enjoining the Said JACOBY and His Successors in Office from Demanding and/or Receiving Any Fees for Recording and/or Indexing or in Any Manner Authenticating Any Papers or Instruments Relating to the Proceedings for the Rehabilitation of Said NATIONAL TITLE GUARANTY COMPANY and for Further Relief. GEORGE S. VAN SCHAICK, as Superintendent of Insurance, etc., as Rehabilitator of NATIONAL TITLE GUARANTY COMPANY, Appellant; AARON L. JACOBY, Individually and as Register of Kings County, Respondent.— Order denying motion to direct respondent, individually and as register of Kings county, to pay over a certain sum to appellant and to enjoin the register affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty, Scudder and Davis, JJ., concur; Lazansky, P. J., concurs in result, being of the opinion that in this proceeding the register should record deeds received from the Superintendent of Insurance without exacting fees, but since the money received has been turned over by the register to the chamberlain, the motion must be denied.